NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-19-0000012**
**14-JUN-2019**
**09:54 AM**

NO. CAAP-19-0000012


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


FREE CHURCH OF TONGA-KONA, A HAWAII DOMESTIC NONPROFIT
CORPORATION, v. EKALESIA HOOLE POPE O KEKAHA,
Anyone claiming by, through, or under Ekalesia Hoole Pope o
Kekaha, and all occupants of the property located at 73-4303-A
Hawaii Belt Road, TMK (3)7-3-004-006, Doe Defendants 1-30


APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
NORTH AND SOUTH KONA DIVISION
(CIVIL NO. 3RC18-1-106K)


ORDER DISMISSING APPEAL
(By: Reifurth, Presiding Judge, Chan and Hiraoka, JJ.)

Upon review of the record, it appears that:

(1) On January 3, 2019, Real Party in Interest-
Appellant Cynthia Kamanawa-Cisneros (Kamanawa-Cisneros), pro se,
conventionally filed the notice of appeal;

(2) On January 4, 2019, the district court clerk
electronically filed the notice of appeal to create case number
CAAP-19-0000012. Because Kamanawa-Cisneros did not submit the
appellate filing and docketing fees with the notice of appeal, as
required by Hawaiʻi Rules of Appellate Procedure (HRAP)
Rule 3(a), the district court clerk notified Kamanawa-Cisneros to
pay the fees or request a fee waiver by January 18, 2019, or the
appeal could be dismissed;

(3) On January 31, 2019, Kamanawa-Cisneros filed a document that is, among other things, a motion to consolidate case number CAAP-19-0000012 with case number CAAP-19-0000005;

(4) On March 14, 2019, the appellate clerk entered a default of the record on appeal, informing Kamanawa-Cisneros that the time to docket the appeal expired on March 5, 2019, she had not paid the filing fee or obtained an order allowing her to proceed on appeal *in forma pauperis*, the matter would be brought to the court's attention on March 25, 2019, for action that may include dismissal of the appeal, and she could seek relief from default by motion. The appellate clerk mailed the default notice to Kamanawa-Cisneros at three different addresses, including the address provided in the notice of appeal and the January 31, 2019 motion, and the U.S. Postal Service returned one of the envelopes as undeliverable;

(5) Kamanawa-Cisneros took no further action in this appeal concerning the default of the record on appeal; and

(6) An appeal may be dismissed where the record on appeal has not been prepared because the appellant failed to pay the required fees or obtain an order allowing the appellant to proceed *in forma pauperis*. HRAP Rule 11(b)(2), (c)(2).

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

IT IS FURTHER ORDERED that all pending motions are dismissed.

DATED: Honolulu, Hawai'i, June 14, 2019.

Presiding Judge

Associate Judge

Associate Judge

2